No. 881. GRAHAM *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of L. A. Certiorari denied. Petitioner *pro se. Roger Arnebergh, Philip E. Grey* and *Wm. E. Doran* for respondent.

No. 885. CORO, INC. *v.* FEDERAL TRADE COMMISSION. C. A. 1st Cir. Certiorari denied. *Marshall C. Berger* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, Lionel Kestenbaum, Jerry Z. Pruzansky* and *James McI. Henderson* for respondent.

No. 887. NEW YORK CENTRAL RAILROAD Co. *v.* SOUTHERN RAILWAY Co. C. A. 7th Cir. Certiorari denied. *Richard J. Murphy* for petitioner. *W. Graham Claytor, Jr., James A. Bistline, William H. Allen* and *Norman J. Gundlach* for respondent.

No. 888. CRAWFORD TRANSPORT Co., INC. *v.* CHRYSLER CORP. ET AL. C. A. 6th Cir. Certiorari denied. *James Park, Sr.,* for petitioner. *Frederick T. Shea* for Chrysler Corp., and *Dudley B. Tenney* for Commercial Carriers, Inc., respondents.

No. 889. ZIM ISRAEL NAVIGATION Co., LTD. *v.* UNITED STATES LINES Co. C. A. 2d Cir. Certiorari denied. *David C. Wood* for petitioner. *John F. Gerity* for respondent.

No. 895. MICHAELS ENTERPRISES, INC., ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker* and *Murry L. Randall* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.